## MOSS *v.* BUSSEY.

*Atkinson, J.*—There was sufficient evidence to support the verdict; and the only exception of law being that the finding of the jury was contrary to the charge of the court, and this not appearing to be true, this court will not control the discretion of the trial judge in refusing a new trial.          *Judgment affirmed.*

May 4, 1896. Argued at the last term.

Equitable petition. Before Judge Reese. Lincoln superior court. April term, 1895.

*S. H. Hardeman*, for plaintiff in error.
*W. D. Tutt*, contra.

---

## CARITHERS *et al. v.* MATTHEWS *et al.*

*Atkinson, J.*—There was evidence in this case sufficient to support the verdict, and the judge did not err in refusing a new trial.

May 4, 1896. Argued at the last term.          *Judgment affirmed.*

Complaint on account. Before Judge Reese. Madison superior court. March term, 1895.

*John J. Strickland*, for plaintiffs.
*David W. Meadow*, for defendants.